UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DEBORAH PIEROT-CRAWFORD § | |
| § | |
| § | |
| v. § | CIVIL NO. 4:22-CV-00131-SDJ-CA |
| § | |
| § | |
| RUIXIANG DIAO AND ALLSTATE § | |
| FIRE AND CASUALTY INSURANCE § | |
| COMPANY § | |

### NOTICE OF SETTLEMENT

Plaintiff Deborah Pierot-Crawford ("Plaintiff") and Defendant Allstate Fire and Casualty Insurance Company ("Defendant") have reached a settlement of this matter. Dismissal documents are forthcoming.

Respectfully submitted,

*/s/ Ryan J Browne*
**Ryan J Browne**
State Bar No. 00796262
**Alex Ivanov**
State Bar No. 24122529
8222 Douglas Avenue, Suite 400
Dallas, TX 75225
(214) 526-7900
(214) 526-7910 (FAX)
Ryan@reyeslaw.com
Alex@reyeslaw.com
**ATTORNEYS FOR PLAINTIFF**

/s/ John W. Stilwell w/ permission
John W. Stilwell
TBN: 19242800
LAW OFFICE OF JOHN STILWELL
6213 Chapel Hill, Suite B
Plano, Texas 75093
(972) 403-7400 Office
(972) 403-1100 FAX
(214) 727-4200 Cell
John.stilwell@scbcglobal.net
**ATTORNEY FOR DEFENDANT
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on January 11, 2023, a true and correct copy of the foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Ryan J Browne*
**Ryan J Browne**