UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DEBORAH PIEROT-CRAWFORD<br>　　　Plaintiff<br><br>vs.<br><br><br><br>RUIXIANG DIAO AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY<br>　　　Defendants | CIVIL ACTION NO.<br><br>4:22-CV-00131<br><br>(JURY DEMAND) |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DEBORAH PIEROT-CRAWFORD, Plaintiff herein and, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Defendant herein, filing this Motion to Dismiss, and would show the Court as follows:

I.

Plaintiff DEBORAH PIEROT-CRAWFORD and Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY have settled this case and no longer desire to pursue the lawsuit.

II.

Per the agreement of the parties, Plaintiff DEBORAH PIEROT-CRAWFORD and Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY shall bear their own costs.

WHEREFORE, Plaintiff DEBORAH PIEROT-CRAWFORD and Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY request that the Court enter the Agreed Order of Dismissal with Prejudice, and order that each of the parties are to bear their own costs.

Respectfully submitted,

REYES| BROWNE| REILLEY

/s/ Ryan J. Browne
_____
RYAN J. BROWNE
TBN: 00796262

8222 Douglas Avenue, Suite 400
Dallas, Texas 75225
(214) 526-7900
(214) 526-7910 FAX
Ryan@reyeslaw.com

ATTORNEY FOR PLAINTIFF


LAW OFFICE OF JOHN STILWELL, PLLC

/s/ John W. Stilwell
_____
JOHN W. STILWELL
Texas Bar No. 19242800

6213 Chapel Hill, Suite B
Plano, Texas 75093
(972) 403-7400 Office
(972) 403-1100 FAX
(214) 727-4200 Cell
Email: john@stilwelldallas.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

This shall certify that Plaintiff's counsel is in agreement with this motion to dismiss with prejudice.

*/s/ John W. Stilwell*
_____
JOHN W. STILWELL

## CERTIFICATE OF SERVICE

This shall certify that, on February 15, 2023, a copy of this Motion and Order has been served upon the following counsel of record:

**VIA ESERVE**
Ryan J. Browne
REYES| BROWNE| REILLEY
8222 Douglas Avenue, Suite 400
Dallas, Texas 75225

*/s/ John W. Stilwell*
_____
JOHN W. STILWELL