UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEBORAH PIEROT-CRAWFORD | § § | |
| v. | § § § | CIVIL CASE NO. 4:22-CV-131-SDJ |
| RUIXIANG DIAO, ET AL. | § | |

### FINAL JUDGMENT

Pursuant to the Order on this date, it is

**CONSIDERED, ORDERED, AND ADJUDGED** that this case is hereby **DISMISSED with prejudice**.

All relief not previously granted is hereby denied.

The Court is directed to close this civil case.

**So ORDERED and SIGNED this 19th day of April, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE